# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX, | Case No. 1:23-cv-00839-ADA-BAM (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF No. 8) |
| CLANDENIN, *et al.*, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* BY A NON-PRISONER |
| Defendants. | (ECF No. 10) |

Plaintiff Scott Emerson Felix ("Plaintiff") is a civil detainee proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

On August 28, 2023, the Court issued findings and recommendations that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute, due to Plaintiff's failure to file a signed and completed application to proceed *in forma pauperis* by a non-prisoner. (ECF No. 8.)

On September 15, 2023, Plaintiff filed an application to proceed *in forma pauperis*, stating that it was originally submitted on June 20, 2023, and again on July 5, 2023. (ECF No. 10.) Having reviewed the application and the attached copy of Plaintiff's trust account statement, the

1

Court finds it appropriate to vacate the pending findings and recommendations.

Finally, Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* by a non-prisoner will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 28, 2023, (ECF No. 8), are VACATED;
2. Plaintiff's motion to proceed *in forma pauperis* by a non-prisoner, (ECF No. 10), is GRANTED; and
3. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: __**September 18, 2023**__      /s/ *Barbara A. McAuliffe* _
UNITED STATES MAGISTRATE JUDGE