# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT EMERSON FELIX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLANDENIN, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00839-NODJ-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AS PREMATURE<br><br>(ECF No. 17) |

　　　　Plaintiff Scott Emerson Felix ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).  Plaintiff's complaint has not yet been screened.

　　　　On September 7, 2023, Plaintiff filed an emergency motion for a temporary restraining order and preliminary injunction.  (ECF No. 9.)  On September 18, 2023, the undersigned issued findings and recommendations that the motion be denied, and Plaintiff did not file objections.  (ECF No. 12.)

　　　　On December 1, 2023, while the findings and recommendations were pending review, the Chief District Judge issued an order that this case would be temporarily reassigned to No District Court Judge (NODJ) due to the elevation of District Judge Ana I. de Alba to the Ninth Circuit

Court of Appeals.  (ECF No. 16.)

Currently before the Court is Plaintiff's motion for reconsideration, filed February 28, 2024.  (ECF No. 17.)  Plaintiff requests that, pursuant to Federal Rule of Civil Procedure 65, the Court reconsider the December 1, 2023 order.  Plaintiff states that Defendants' continued actions in relation to his original motion for temporary restraining order and preliminary injunction cannot wait for the Court to assign a Judge.  Plaintiff has therefore re-filed his motion for temporary restraining order.  (*Id.*)

To the extent Plaintiff is requesting reconsideration of a final order on his September 7, 2023 motion for a temporary restraining order, the request is denied as premature.  The September 18, 2023 findings and recommendations remain pending, and no final order has been issued such that a motion for reconsideration is appropriate.

If Plaintiff is requesting reconsideration of the Court's December 1, 2023 order temporarily reassigning this case to No District Court Judge (NODJ), that request is also denied.  The December 1, 2023 order is not a "final order," nor has Plaintiff set forth any other reason that would justify relief under Federal Rule of Civil Procedure 60(b).

Finally, to the extent Plaintiff is attempting to re-file his motion for temporary restraining order, the Court denies the request as inappropriate.  Plaintiff's September 7, 2023 motion remains pending, and re-filing of the motion is unnecessary and a waste of judicial resources.

Based on the foregoing, Plaintiff's motion for reconsideration, (ECF No. 17), is HEREBY DENIED, as premature.

IT IS SO ORDERED.

   Dated:   **February 29, 2024**            /s/ Barbara A. McAuliffe          _
                                             UNITED STATES MAGISTRATE JUDGE