1

2

3

4

5

6

7

8        **UNITED STATES DISTRICT COURT**

9            EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   SCOTT EMERSON FELIX, | Case No.  1:23-cv-00839-KES-BAM (PC) |
| 12           Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S |
| 13      v. | EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND |
| 14   CLANDENIN, *et al.*, | PRELIMINARY INJUNCTION BE DENIED |
| 15           Defendants. | (Doc. 12) |

16

17        Plaintiff Scott Emerson Felix is a civil detainee proceeding *pro se* and *in forma pauperis*

18   in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to

19   California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners

20   within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140

21   (9th Cir. 2000).  Plaintiff's complaint has not yet been screened. *See* docket.

22        On September 18, 2023, the assigned magistrate judge issued findings and

23   recommendations that Plaintiff's emergency motion for a temporary restraining order and

24   preliminary injunction be denied as Plaintiff fails to show a likelihood of success on the merits

25   and the court lacks personal jurisdiction over the defendants as none of them have been served.

26   Doc. 12 at 3.  The findings and recommendations were served on Plaintiff and contained notice

27   that any objections were to be filed within fourteen (14) days after service.  *Id.* at 3–4.  No

28   objections were filed and the time to do so has passed.  *See* docket.

1      In accordance with 28 U.S.C. § 636 (b)(1), the Court has conducted a *de novo* review of

2 the case.  Having carefully reviewed the file, the Court concludes that the findings and

3 recommendations are supported by the record and proper analysis.

4 Accordingly, IT IS HEREBY ORDERED that:

5     1.  The findings and recommendations issued on September 18, 2023, Doc. 12, are adopted in

6        full;

7     2.  Plaintiff's emergency motion for a temporary restraining order and preliminary injunction,

8        Doc. 9, is denied without prejudice; and

9     3.  The matter is referred back to the assigned magistrate judge for further proceedings

10        consistent with this order.

11

12

13 IT IS SO ORDERED.

14    Dated:   June 9, 2024                                                                                                

15                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28